KEVIN J. DEHOFF, ESQ., SB No. 252106
kdehoff@akk-law.com
JACOB J. GRAHAM, ESQ. SB No. 340295
jgraham@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF WEST SACRAMENTO and BRANDON PEGOS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NARENDRA PRASAD,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF WEST SACRAMENTO; BRANDON PEGOS; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:26-CV-02819-DJC-CKD<br><br>**STIPULATION AND REQUEST TO STAY CIVIL PROCEEDING PENDING RESOLUTION OF PLAINTIFF'S RELATED STATE CRIMINAL PROCEEDING; ORDER** |

Plaintiff has a parallel pending criminal proceeding in the Superior Court of California, County of Yolo (Case No. CR2025-2946) that concerns the same incident underlying this civil proceeding. Staying this civil proceeding while the criminal proceeding is pending will protect Plaintiff's Fifth Amendment right; makes efficient use of judicial resources; provides consistency by ensuring that common issues are not re-litigated; and ensures that the criminal process is not undermined by an ongoing parallel civil proceeding.

Accordingly, the parties hereby stipulate to and request a stay of this civil proceeding pending resolution of the criminal proceeding (either dismissal of the criminal proceeding or sentencing). The parties will file a joint status report every 120 days during the stay. Within 30 days after resolution of the criminal proceeding, Plaintiff will file a status report requesting that the Court lift the stay. Within 30 days after the Court issues an order lifting the stay, the parties will file a joint status report addressing the relevant portions of Local Rule 240(a) to facilitate the entry of a pretrial scheduling order.

Dated: September 30, 2026

ANGELO, KILDAY & KILDUFF, LLP

*/s/ Jacob J. Graham*

By:__________________________________

KEVIN J. DEHOFF
JACOB J. GRAHAM
Attorneys for Defendants CITY OF WEST SACRAMENTO and BRANDON PEGOS

Dated: September 30, 2026

LAW OFFICES OF JAMES L. ARRASMITH

*/s/ Nanjin Ren*
*(as authorized on 9.30.2026)*

By:__________________________________

NANJIN REN
Attorneys for Plaintiff NARENDRA PRASAD

**ORDER**

Upon stipulation of the parties and good cause appearing, the Court stays this proceeding pending resolution of Plaintiff's parallel criminal proceeding (either dismissal of the criminal proceeding or sentencing). The parties will file a joint status report every 120 days during the stay. Within 30 days after resolution of the criminal proceeding, Plaintiff will file a status report requesting that the Court lift the stay. Within 30 days after the Court issues an order lifting the stay, the parties will file a joint status report addressing the relevant portions of Local Rule 240(a) to facilitate the entry of a pretrial scheduling order.

**IT IS SO ORDERED.**

Dated: September 30, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE